UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKLYN DUST MUSIC/UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., HEY DID SHE ASK ABOUT ME MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, STUCK IN THE THROAT MUSIC, FAMOUS MUSIC LLC, and FAMOUS MUSIC CORP., <br><br>           Plaintiffs, <br><br>      v. <br><br>WILSON SCOTT ASHLEY and HOWARD JOHN COOK, <br><br>           Defendants. <br>_____/ | No. 2:06-cv-1844-MCE-EFB <br><br><br><br><br><br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 13, 2006.

///

///

///

///

1    Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4    IT IS SO ORDERED.
5 DATED: October 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE