1 | Forrest Plant, Jr. – SBN 072266
2 | Goldsberry, Freeman & Guzman, LLP
  | 777 12th Street, Suite 250
3 | Sacramento, CA  95814
  | (916) 448-0448; fax (916) 448-8628
4 | Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BROOKLYN DUST MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., HEY DID SHE ASK ABOUT ME MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, STUCK IN THE THROAT MUSIC, FAMOUS MUSIC LLC, Successor in Interest to FAMOUS MUSIC CORPORATION, | ) ) ) ) ) ) ) ) ) | Case No. 2:06-cv-1844-MCE-EFB |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | **REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| WILSON SCOTT ASHLEY and HOWARD JOHN COOK, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs are advised by counsel for defendants that although his clients have executed the settlement documents, there was an unanticipated delay in doing so.  Accordingly, for good cause, plaintiffs request an extension of time to November 22, 2006, within which to file the settlement documents in this matter.

/ / /

/ / /

1
REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

Dated:  November 13, 2006.                    Goldsberry, Freeman & Guzman, LLP


By:  /s/ Forrest Plant, Jr.
     Forrest Plant, Jr.
     Attorney for Plaintiffs

## ORDER

Having read the foregoing Request for Extension of Time to File Dispositional Documents, and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties shall have until November 22, 2006, to file the settlement documents in this matter.


Dated:  November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE