Forrest Plant, Jr. – SBN 072266
Goldsberry, Freeman & Guzman, LLP
777 12th Street, Suite 250
Sacramento, CA  95814
(916) 448-0448; fax (916) 448-8628

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKLYN DUST MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., HEY DID SHE ASK ABOUT ME MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, STUCK IN THE THROAT MUSIC, FAMOUS MUSIC LLC, Successor in Interest to FAMOUS MUSIC CORPORATION,<br><br>    Plaintiffs,<br><br>   v.<br><br>WILSON SCOTT ASHLEY and HOWARD JOHN COOK,<br><br>    Defendants. | Case No. 2:06-CV-1844-MCE-EFB<br><br>**STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT** |

    IT IS HEREBY STIPULATED by and between Plaintiffs Brooklyn Dust Music, Universal Polygram International Publishing, Inc., Hey Did She Ask About Me Music, TVT Music, Inc., 50 Cent Music, Stuck in the Throat Music, and Famous Music, LLC, Successor in Interest to Famous Music Corporation (hereinafter "Plaintiffs")

and Wilson Scott Ashley and Howard John Cook (hereinafter "Defendants") as follows:

1.  Defendants shall pay to the American Society of Composers, Authors and Publishers (ASCAP), on behalf of Plaintiffs, the sum of Five Thousand Five Hundred Dollars ($5,500.00). Payment is to be made by eleven installment payments of $500.00 each due on the first day of each month beginning November 1, 2006, until the full amount is paid. Each payment is to be submitted to the undersigned attorneys for Plaintiffs, or anyone else they shall designate.

2.  This Stipulation is in settlement of all claims and causes of action by members of ASCAP against Defendants for willful infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted musical works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through the date this Stipulation is entered as an Order by the court. Plaintiffs release all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendants current ASCAP General License Agreements for the Roseville, Elk Grove and Sacramento establishments known as Mandango's. Defendants shall accept and execute said license agreements and comply with all terms and conditions of the license agreements. License fees due under the license agreements for all periods through December 31, 2006, are included in the settlement amount referred to in Paragraph 1 above. License fees due under the license agreements from and after January 1, 2007, are to be paid in addition to the amount referred to in Paragraph 1 above.

4. Failure of Defendants to make the payments as set forth in Paragraph 1 above will constitute a default of Defendants' obligations under this stipulation and will entitle Plaintiffs to judgment as hereinafter set forth.

5. In the event of any default or other occurrence upon which judgment may be entered as set forth above, and upon seven days' written notice from ASCAP or the attorneys for Plaintiffs to Defendants' attorney, judgment shall be entered against Defendants in the amount of Eight Thousand Dollars ($8,000.00) less the amount of any payment made by Defendants pursuant to paragraph 1 above.

///

///

6. This action shall be dismissed with prejudice, subject to the right of Plaintiffs to move the court for an order reopening the action and entering judgment as provided in Paragraph 5 above.

**IT IS SO STIPULATED**.

**Defendant:**

Dated: November 8, 2006.        /s/ Wilson Scott Ashley
                                WILSON SCOTT ASHLEY

**Defendant:**

Dated: November 8, 2006.        /s/ Howard John Cook
                                HOWARD JOHN COOK

**Plaintiffs:**

BROOKLYN, DUST MUSIC, *et al.* by their attorney-in-fact, American Society of Composers, Authors and Publishers

Dated: November 14, 2006.       By: /s/ Richard H. Reimer
                                    RICHARD H. REIMER
                                    Senior Vice-President,
                                    Legal Services
                                    American Society of Composers, Authors and Publishers

**[Signatures continue on next page.]**

**APPROVED AS TO FORM:**

Dated: November 15, 2006.        Goldsberry, Freeman & Guzman, LLP


                                 By: /s/Forrest Plant, Jr.
                                     FORREST PLANT, JR.
                                     Attorneys for Plaintiffs

Dated:  November 8, 2006.        Law Offices of John M. O'Donnell


                                 By: /s/John M. O'Donnell
                                     JOHN M. O'DONNELL
                                     Attorneys for Defendants


**IT IS SO ORDERED.**


Dated: November 20, 2006

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE